On petitioner's reconsideration filed March 10 and respondent's
reconsideration filed March 11, petitioner's reconsideration denied,
respondent's reconsideration granted, former opinion filed February 9
(50 Or App 311, 624 P2d 125) modified April 20,
petitioner's petition for review denied June 16, 1981 (291 Or 117)

## SPRAY,
*Petitioner,*

*v.*

## BOARD OF MEDICAL EXAMINERS,
*Respondent.*

(No. CA 14039)

627 P2d 25

Philip H. Lowthian, Portland, for petitioner's petition.

Dave Frohnmayer, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem, for respondent's petition.

Before Gillette, Presiding Judge, and Roberts, Judge, and Campbell, Judge Pro Tempore.

GILLETTE, P. J.

**GILLETTE, P. J.**

Both parties have petitioned for reconsideration of our decision in *Spray v. Bd. of Medical Examiners,* 50 Or App 311, 624 P2d 125 (1981). Rule 10.10, Rules of Appellate Procedure. The petition of petitioner Spray is denied. The petition of respondent Board of Medical Examiners (Board) is granted, and our former opinion is modified in the manner described below.

In our opinion in *Spray,* 50 Or App at 326-329, we held that the Board's meeting to decide Dr. Spray's case should have been open to the public. That was error. ORS 192.690 provides, in pertinent part,

"(1) [The Open Meetings Law] shall not apply to *deliberations* * * * of state agencies conducting hearings on contested cases in accordance with the provisions of [the Administrative Procedures Act], the review of the Workers' Compensation Board of similar hearings on contested cases, or to any judical proceeding." (Emphasis supplied.)

Our former opinion is modified accordingly. In all other respects, our former opinion is affirmed.